NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jerome Javate, In Pro Se

Maria Guadalupe Solorzano-Javate

245 Jessica Grove St.

Henderson, NV 89015

2012 MAR 29 P 1: 13

ATTORNEYS FOR: In Pro Per

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| JEROME JAVATE and Maria GUADALUPE SOLARZANO and others similarly situated.<br><br>v.<br>NEVADA FEDERAL CREDIT UNION, et al | CASE NUMBER:<br><br>212-CV-00366-JKD-PAL<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|
| Plaintiff(s),<br><br>Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for JEROME JAVATE (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| NEVADA FEDERAL CREDIT UNION, | defendant |
| NORTH AMERICAN TITLE | defendant |
| GREEN TREE SERVICING LLC | defendant |
| BEAR STEARNS & CO., INC | defendant |
| FTN FINANCIAL CAPITAL, BLAYLOCK & PARTNERS, LP | defendant |
| DEUTSCHE BANK SECURITIES, and VINING-SPARKS IBG, LP | defendant |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | defendant |
| CAPITAL RESEARCH AND MANAGEMENT COMPANY | defendant |
| THE GROWTH FUND OF AMERICA, INC | defendant |
| RECONTRUST COMPANY N.A | defendant |
| ALICIA TURNER | Defendant |
| ELSIE E. KROUSSAKIS, | Plaintiff |

03/29/2012
Date    Sign

JEROME JAVATE
Attorney of record for or party appearing in pro per