UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROME JAVATE, *et al*., | |
| Plaintiffs, | Case No. 2:12-CV-00366-KJD-PAL |
| v. | **ORDER** |
| NEVADA FEDERAL CREDIT UNION, *et al*., | |
| Defendants. | |

Plaintiffs' complaint was filed on March 6, 2012. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendants expired no later than July 5, 2012. On July 9, 2012, the Clerk of the Court ordered Plaintiffs to file proof of service of the summons and complaint no later than August 8, 2012, and warned Plaintiffs that failure to do so would result in the complaint against Defendants being dismissed without prejudice.

////

////

////

1  Plaintiffs have failed to file proof of service on Defendants, or to otherwise respond to the
2  order.  Therefore, the Court dismisses Plaintiffs' complaint without prejudice against Defendants for
3  failure to serve Defendants in compliance with Rule 4(m).  The Clerk of the Court is ordered to close
4  this case.

**IT IS SO ORDERED.**

DATED this 13th day of August 2012.

_____
Kent J. Dawson
United States District Judge